UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
JEROME CURRY,

        Petitioner,

  -against-                               03 Civ. 0901 (LAK)

JOHN BURGE, etc.,

        Respondent.
------------------------------------- x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      The Court hereby adopts the report and recommendation of Magistrate Judge Andrew J. Peck [docket item 73] to which no objection has been filed. Petitioner's motion [docket item 74] therefore is denied. A certificate of appealability is denied, and the Court determines that any appeal herefrom would not be taken in good faith within the meaning of 28 U.S.C. § 1915(d).

      SO ORDERED.

Dated:     October 23, 2008

                                              Lewis A. Kaplan
                                        United States District Judge